1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YOLANDA VIZCARRA-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-00002-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| YOLANDA VIZCARRA-LEON | ) | |
| | ) | DATE: April 1, 2011 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through  MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, March 4, 2011, be continued to Friday, April 1, 2011 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 1, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

```
 1  prepare] (Local Code T4).
 2  DATED: March 2, 2011
 3                                  Respectfully submitted,
 4                                  DANIEL J. BRODERICK
                                    Federal Defender
 5
                                    /S/ Dennis S. Waks
 6                                  _____
                                    DENNIS S. WAKS
 7                                  Supervising Assistant Federal Defender
                                    Attorney for Defendant
 8                                  YOLANDA VIZCARRA-LEON
 9
10  DATED: March 2, 2011
11                                  BENJAMIN B. WAGNER
                                    United States Attorney
12
13                                  /s/ Dennis S. Waks for
14                                  _____
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
15
16
17  _____O R D E R
18
19        IT IS SO ORDERED.
20
21  Dated:  March 4, 2011
22
                                    _____
23                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
24
25
26
27
28
```

2