DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YOLANDA VIZCARRA-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>YOLANDA VIZCARRA-LEON<br><br>           Defendant. | Cr.S. 11-00002-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: April 29, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

    It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, April 1, 2011, be continued to Friday, April 29, 2011 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 29, 2011,

1  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare]
2  (Local Code T4).
3  DATED: March 31, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    YOLANDA VIZCARRA-LEON

DATED: March 31, 2011

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

_____O R D E R

        IT IS SO ORDERED.

Dated:  April 1, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge