1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   YOLANDA VIZCARRA-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-00002-GEB |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING STATUS** |
| | ) | **CONFERENCE** |
| YOLANDA VIZCARRA-LEON | ) | |
| | ) | DATE: May 20, 2011 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, April 29, 2011, be continued to a status conference/change of plea hearing for Friday, May 20, 2011 at 9:00 a.m.
   This continuance is being requested because defense counsel needs additional time to review plea negotiations with the defendant.
   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 20, 2011,

pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 27, 2011

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /S/ Dennis S. Waks
                        _____
                        DENNIS S. WAKS
                        Supervising Assistant Federal Defender
                        Attorney for Defendant
                        YOLANDA VIZCARRA-LEON

DATED: April 27, 2011

                        BENJAMIN B. WAGNER
                        United States Attorney

                        /s/ Dennis S. Waks for
                        _____
                        MICHELE BECKWITH
                        Assistant U.S. Attorney

_____O R D E R

    IT IS SO ORDERED.

Dated:  April 28, 2011

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge