DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YOLANDA VIZCARRA-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOLANDA VIZCARRA-LEON<br><br>　　　　Defendant. | Cr.S. 11-00002-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:　June 17, 2011<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

　　　It is hereby stipulated and agreed to between the United States of America through  MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, May 20, 2011, be continued to a status conference/change of plea hearing for Friday, June 17, 2011 at 9:00 a.m.

　　　This continuance is being requested because defense counsel needs additional time to review discovery and continue plea negotiations with the defendant and the government.

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 17, 2011,
3 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare]
4 (Local Code T4).
5 DATED: May 18, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
YOLANDA VIZCARRA-LEON

DATED: May 18, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
_____
MICHELE BECKWITH
Assistant U.S. Attorney

_____O R D E R

IT IS SO ORDERED.

Dated:  May 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2