```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YOLANDA VIZCARRA-LEON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>            Plaintiff, )<br>                               )<br>      v.                    )<br>                               )<br>YOLANDA VIZCARRA-LEON     )<br>                               )<br>           Defendant.  )<br>_____) | Cr.S. 11-00002-GEB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE**<br><br>DATE:  July 8, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

    It is hereby stipulated and agreed to between the United States of America through  MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for Friday, June 17, 2011, be continued to a status conference/change of plea hearing for Friday, July 8, 2011 at 9:00 a.m.

    This continuance is being requested because defense counsel needs additional time to review discovery and continue plea negotiations with the defendant and the government.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 8, 2011,

pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 16, 2011

                                                       Respectfully submitted,

                                                       DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
YOLANDA VIZCARRA-LEON

DATED: June 16, 2011

                                                       BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
_____
MICHELE BECKWITH
Assistant U.S. Attorney

_____O R D E R

       IT IS SO ORDERED.

Dated: June 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

**2**