DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
YOLANDA VIZCARRA-LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>         v.                         )<br>                                    )<br>YOLANDA VIZCARRA-LEON               )<br>                                    )<br>              Defendant.            )<br>_____) | Cr.S. 11-00002-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  July 29, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through  MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, YOLANDA VIZCARRA-LEON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference/change of plea hearing set for Friday, July 8, 2011, be continued to Friday, July 29, 2011 at 9:00 a.m.

This continuance is being requested because defense counsel needs additional time to review discovery and continue plea negotiations with the defendant and the government.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 29, 2011,

pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 7, 2011

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /S/ Dennis S. Waks
                                       _____
                                       DENNIS S. WAKS
                                       Supervising Assistant Federal Defender
                                       Attorney for Defendant
                                       YOLANDA VIZCARRA-LEON

DATED: July 7, 2011

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Dennis S. Waks for
                                       _____
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

_____O R D E R

    IT IS SO ORDERED.

Dated:  July 11, 2011

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge